# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCOVER BANK, | No. 2:12-cv-1800-LKK-CMK |
|     Plaintiff, | |
|   vs. | ORDER |
| MARSHALL E. MIKELS, et. al., | |
|     Defendants. | |
| _____/ | |

      Defendants, proceeding *in propria persona*, removed this case from the Siskiyou County Superior Court.  This matter is set for an initial scheduling conference on November 14, 2012, before the undersigned in Redding, California.  The undersigned recently issued findings and recommendations that this action be remanded back to State court due to this court's lack of jurisdiction.  It is therefore appropriate to vacate the scheduling conference until the final determination on that issue has been resolved.  Once the jurisdictional issue has been resolved, the court will reset a scheduling conference in this matter if appropriate.

/ / /

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for
2  November 14, 2012, is vacated, to be reset at a later date if appropriate.
3
4  DATED: November 7, 2012
5
6  **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE