**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DISCOVER BANK, | No. 2:12-cv-1800-LKK-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MARSHALL E. MIKELS, et. al., | |
| Defendants. | |
| _____/ | |

Defendants, proceeding *in propria persona*, removed this case from the Siskiyou County Superior Court. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 2, 2012, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 2, 2012, are adopted in full; and

2. This matter is remanded to the Superior Court of the State of California, County of Siskiyou.

DATED: January 23, 2013.

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```